**Gordon R. SCHENKELBERGER, Petitioner–Appellant,**

v.

**Ron ANGELONE, Respondent–Appellee.**

**No. 00–7622.**

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 29, 2001.

Gordon R. Schenkelberger, pro se.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Gordon R. Schenkelberger appeals the district court's order denying his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000), as untimely filed. We have reviewed the record, the district court's opinion, and Schenkelberger's informal appellate brief. Because Schenkelberger failed to challenge on appeal the basis for the district court's ruling, he has not preserved any issue for our review. 4th Cir.R. 34(b). Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Schenkelberger v. Angelone,* No. CA–00–1125–AM (E.D.Va. filed Oct. 11, 2000; entered Oct. 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*